UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:23-cv-20717

UMMA NASIR YAHAYA, an individual,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

### NOTICE OF FILING PROPOSED SUMMONS

COMES NOW, Plaintiff UMMA NASIR YAHAYA, and by and through her undersigned counsel, serves the attached Notice of Filing Proposed Summons and files the attached Summons, directed to the NCL (BAHAMAS) LTD., a Bermuda Company d/b/a NORWEGIAN CRUISE LINE, to be filed with the initial complaint, pursuant to the Federal Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2022, the forgoing document was filed via CMF/ECF Electronic Filing, to be filed together with the Complaint in the above matter as specified.

    Respectfully submitted,

THE ROUSSO BOUMEL LAW FIRM
9350 S. Dixie Highway, Suite 1520
Miami, Fl. 33156
Phone: (305) 670-6669
Facsimile (305) 670-6666
E-mail: Darren@roussolawfirm.com

    */s/: Adam T. Boumel, Esq.*
By: _____
    ADAM T. BOUMEL, ESQ.
    Florida Bar # 110727